Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 APR -1 PM 3:43
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

PULSE ENGINEERING, INC., a Delaware corporation

vs

MASCON, INC., doing business as ATW SECURITY, a Massachusetts corporation

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 0595 JM AJB

TO: (Name and Address of Defendant)

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Kristopher L. Reed, Esq.
Townsend and Townsend and Crew LLP
1200 Seventeenth Street, Suite 2700
Denver, CO  80202

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
K. HAMMERLY

APR 0 1 2008
DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1  May 5, 1999 (11:34am)

American LegalNet, Inc.
www.FormsWorkflow.com