Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

PULSE ENGINEERING, INC., a
Delaware corporation

vs

MASCON, INC., doing business as
ATW SECURITY, a Massachusetts
corporation

SUMMONS IN A CIVIL ACTION
Case No.

**'08 CV 0595 JM AJB**

TO: (Name and Address of Defendant)

Mascon, Inc.

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Kristopher L. Reed, Esq.
Townsend and Townsend and Crew LLP
1200 Seventeenth Street, Suite 2700
Denver, CO 80202

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

By _____ Deputy Clerk

APR 0 1 2008

DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

American LegalNet, Inc.
www.FormsWorkflow.com

| | |
|---|---|
| **RETURN OF SERVICE** | |
| Service of the Summons and Complaint was made by me | DATE  May 5, 2008 |
| NAME OF SERVER  Kara E. Fielder<br>Townsend and Townsend and Crew LLP | TITLE  Paralegal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☒ Other (specify):  Per authorization by and agreement with Mr. Nelson Lovins, Esq., counsel for Defendant Mascon, Inc., service was effectuated by mailing a copy of the complaint and summons to Mr. Lovins at his office located at 10 Cedar St., Woburn, MA 01801. The complaint and summons were received at Mr. Lovin's office on May 6, 2008 at 9:11 AM.

**STATEMENT OF SERVICE FEES**

| TRAVEL | | SERVICES $18.69 | TOTAL $18.69 |
|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:

Date 5/8/08

Signature of Server  *Kara E. Fielder*

Address of Server  1200 17th Street, Suite 2700
Denver, CO 80202

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)