**Fielder, Kara E.**

**From:** TrackingUpdates@fedex.com
**Sent:** Tuesday, May 06, 2008 7:44 AM
**To:** Fielder, Kara E.
**Subject:** FedEx Shipment 798434982918 Delivered

---

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | Townsend and Townsend and Crew LLP |
| Name: | Kara E. Fielder |
| E-mail: | kefielder@townsend.com |

---

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 026877.000300US-4002 |
| Ship (P/U) date: | May 5, 2008 |
| Delivery date: | May 6, 2008 9:11 AM |
| Sign for by: | T.LEPRE |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Direct Signature Required |
| | Deliver Weekday |
| Tracking number: | 798434982918 |

Shipper Information
Kara E. Fielder
Townsend and Townsend and Crew LLP
1200 17th St;Suite 2700
Denver
CO
US
80202

Recipient Information
Nelson P. Lovins, Esq
Lovins & Metcalf
10 Cedar St
Woburn
MA
US
018016364

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:43 AM CDT on 05/06/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the status of this shipment online, please use the following:
https://www.fedex.com/insight/findit/nrp.jsp?tracknumbers=798434982918
&language=en&opco=FX&clienttype=ivpodalrt

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

1