MARTIN J. O'DONNELL  BBO#377745
CESARI AND MCKENNA, LLP
88 Black Falcon Avenue
Boston MA 02210
Telephone: 617 951 2500
Facsimile:  617 951 3927
Email: mod@c-m.com

NELSON P. LOVINS  BBO#306020
LOVINS & METCALF
10 Cedar Street
Woburn, MA 01801
Telephone: 781 938 8800
Facsimile: 781 938 4753
Email: nlovins@lovinslaw.com

THOMAS W. FERRELL BBO#115605
Email:  tferrell@higgslaw.com
CHARLES F. REIDELBACH, JR., ESQ. (Bar No. 167482)
Email: reidelbach@higgslaw.com
HIGGS, FLETCHER & MACK, LLP
401 West "A" Street
Suite 2600
San Diego, CA  92101

Attorneys for Defendant
MASCON, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PULSE ENGINEERING, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MASCON, INC., doing business as ATW SECURITY, a Massachusetts corporation,<br><br>Defendant. | Case No.   08cv0595 JM AJB<br><br>**DEFENDANT'S SETTLEMENT BRIEF** |

Defendant Mascon, Inc. ("Mascon") submits this settlement brief pursuant to the order of this

Court date July 2, 2008.

## I. BRIEF DESCRIPTION OF THE CASE AND THE CLAIMS ASSERTED

The patents in suit (U.S. Patent No. 6,404,347 and 6,472,992) deal with electric filter circuits that block certain signals (specifically, Digital Subscriber Line ("DSL") signals such as are used to communicate over the Internet) from alarm units. The patents issued after a most cursory examination, and there was no discussion of any kind by the Patent Examiner of the extensive prior technology that had already been developed for this purpose.

Mascon sells a DSL filter under the designation DSL-500. It is believed that this is the filter accused of infringement.

No specific claims of the '347 or '992 patents have yet been identified as being infringed by Mascon.

## II. SETTLEMENT DEMAND

Mascon has been advised by outside patent counsel that the DSL-500 does not infringe any of the claims of the '347 and '992 patents and thus has rejected Plaintiff Pulse's demands.

## III. PRIOR SETTLEMENT NEGOTIATIONS

Subsequent to Pulse's first contact with Mascon concerning the '347 and '992 patents, Mascon counsel, both corporate counsel and outside patent counsel, advised Pulse on several occasions that Mascon had duly evaluated Pulse's claims of infringement and determined that there was in fact no basis for such a claim. Mascon specifically advised Pulse that it had obtained an opinion of counsel to that effect, and offered to discuss with Pulse the specific reasons for its conclusions in detail so that an unnecessary litigation would not be spawned. Pulse did not agree to such a discussion, but rather

proceeded to file suit for infringement.

    Subsequent to the filing, the parties, through counsel, again conferred, but again there was no detailed discussion of the specifics of the alleged infringement. The parties, through counsel, last conferred at their Rule 26(f) Conference on August 4 but their positions remain unchanged.

DATED: August 18, 2008

    Cesari And McKenna
    By: */S/ Martin J. O'Donnell*
    Martin J. O'Donnell, Esq.
    Nelson P. Lovins, Esq.
    Thomas W. Ferrell, Esq.
    Charles F. Reidelbach, Jr., Esq.
    Attorneys For Defendant
    Mascon, Inc.

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of **DEFENDANT'S SETTLEMENT BRIEF** was served on the following parties by email:

    David E. Sipiora
    desipiora@townsend.com
    Kristopher L. Reed
    klreed@townsend.com
    Townsend and Townsend and Crew LLP
    1200 Seventeenth Street, Suite 2700
    Denver, CO  80202

    Iris Sockel Mitrakos
    ismitrakos@townsend.com
    12730 High Bluff Drive, Suite 400
    San Diego, CA  92130

DATED: August 18, 2008    By: */s/ Martin J. O'Donnell*
    Martin J. O'Donnell