TOWNSEND AND TOWNSEND AND CREW LLP
DAVID E. SIPIORA (State Bar No. 124951)
desipiora@townsend.com
KRISTOPHER L. REED (State Bar No. 235518)
klreed@townsend.com
1200 Seventeenth Street, Suite 2700  Denver, CO  80202
Telephone:  (303) 571-4000
Fax:  (303) 571-4321


Attorneys for Plaintiff
PULSE ENGINEERING, INC.

MARTIN J. O'DONNELL, ESQ. (BBO No. 377745)
mod@c-m.com
CESARI AND MCKENNA LLP
88 Black Falcon Avenue
Boston, MA 02210
TEL: 617.951.2500
FAX: 617.951.3927

THOMAS W. FERRELL, ESQ. (Bar No. 115605)
tferrell@higgslaw.com
HIGGS, FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
TEL: 619.236.1551
FAX: 619.696.1410

Attorneys for Defendant
MASCON, INC.

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PULSE ENGINEERING, INC., a Delaware corporation, | Case No.    08cv0595 JM AJB |
| Plaintiff, | **JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER** |
| v. | |
| MASCON, INC., doing business as ATW SECURITY, a Massachusetts corporation, | |
| Defendant. | |

1    Plaintiff Pulse Engineering, Inc. and Defendant Mascon, Inc., by and through their respective

2   attorneys, hereby respectfully request that the Court enter the parties' proposed Stipulated Protective

3   Order.

4    Pursuant to Section 2(h) of the Electronic Case Filing Administrative Policies and Procedures

5   Manual, the proposed Stipulated Protective Order has been submitted to the chambers of Judge

6   Anthony J. Battaglia by e-mail to *efile_battaglia@casd.uscourts.gov*.

7

8   DATED:  August 18, 2008                    TOWNSEND AND TOWNSEND AND CREW LLP

9                                                **s/ Kristopher L. Reed**
                                                _____
10                                               David E. Sipiora
                                                 Kristopher L. Reed
11                                               Attorneys for Plaintiff Pulse Engineering, Inc.
                                                 Email: desipiora@townsend.com
12                                               Email: klreed@townsend.com

13

14                                               CESARI AND MCKENNA LLP

15                                               **s/ Martin J. O'Donnell**
                                                 _____
16                                               Martin J. O'Donnell
                                                 Attorney for Defendant Mascon, Inc.
17                                               Email: mod@c-m.com

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2        This is to certify that a copy of **JOINT MOTION FOR ENTRY OF PROTECTIVE**

3   **ORDER** was served on the following parties by CM/ECF:

4

5                Martin J. O'Donnell
                Cesari and McKenna LLP
6                88 Black Falcon Avenue
                Boston, MA 02210
7

8                Thomas W. Ferrell
                Higgs, Fletcher & Mack LLP
9                401 West "A" Street
                Suite 2600
10               San Diego, CA 92101

11               Nelson P. Lovins
                Lovins & Metcalf
12               10 Cedar Street
                Woburn, MA 01801
13

14               Attorneys for Defendant.

15

16   Dated: August 18, 2008

17                                        s/ Kristopher L. Reed

18

19

20

21

22

23

24

25

26

27

28