1  TOWNSEND AND TOWNSEND AND CREW LLP
2  DAVID E. SIPIORA (State Bar No. 124951)
   desipiora@townsend.com
3  KRISTOPHER L. REED (State Bar No. 235518)
   klreed@townsend.com
4  1200 Seventeenth Street, Suite 2700  Denver, CO  80202
   Telephone:  (303) 571-4000
5  Fax:  (303) 571-4321

6  Attorneys for Plaintiff
7  PULSE ENGINEERING, INC.

8  MARTIN J. O'DONNELL, ESQ. (BBO No. 377745)
   mod@c-m.com
9  CESARI AND MCKENNA LLP
   88 Black Falcon Avenue
10 Boston, MA 02210
11 TEL: 617.951.2500
   FAX: 617.951.3927
12
13 THOMAS W. FERRELL, ESQ. (Bar No. 115605)
   tferrell@higgslaw.com
14 HIGGS, FLETCHER & MACK LLP
   401 West "A" Street, Suite 2600
15 San Diego, CA 92101-7913
   TEL: 619.236.1551
16 FAX: 619.696.1410

17 Attorneys for Defendant
18 MASCON, INC.

19           **UNITED STATES DISTRICT COURT**

20       **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

21

22 PULSE ENGINEERING, INC., a Delaware       Case No.    08cv0595 JM AJB
   corporation,
23                                           **JOINT CASE MANAGEMENT**
                    Plaintiff,               **STATEMENT**
24
              v.
25
   MASCON, INC., doing business as ATW
26 SECURITY, a Massachusetts corporation,
27                  Defendant.
28

1      On August 4, 2008, counsel for Plaintiff Pulse Engineering, Inc. ("Pulse") and Defendant

2  Mascon, Inc. ("Mascon") met and conferred pursuant to Rule 26(f) of the Federal Rules of Civil

3  Procedure.  In consequence of that meeting, and pursuant to Rule 26(f)(2), Patent L.R. 2.1(b) and the

4  Court's July 2, 2008 Order, the Parties jointly submit the following Case Management Statement.

5      The Parties do not anticipate any changes will be needed to the timing, form, or requirement

6  for disclosures under Rule 26(a).  Initial disclosures under Rule 26(a) will be made on August 21,

7  2008.

8      The Parties do not propose any modifications of the deadlines provided in the Patent Local

9  Rules.

10      The Parties propose that the discovery period begin immediately following the Early Neutral

11  Evaluation Conference / Initial Case Management Conference on August 25, 2008.  The Parties

12  further propose that discovery close 90 days after the Claim Construction Hearing in order to allow for

13  the preparation and disclosure of initial expert reports per Rule 26(a)(2), the preparation and

14  disclosure of rebuttal expert reports per Rule 26(a)(2)(C)(ii), and the deposition of experts pursuant to

15  Rule 26(b)(4)(A) after receipt of the Court's claim constructions.

16      The Parties will require discovery on each of the claims made in Plaintiff's Complaint, and

17  Defendant's Answer and Counterclaim, including:

18      1)      Whether Defendant infringes one or more claims of U.S. Patent No. 6,404,347 ("the

19              '347 patent"), and whether and to what degree Plaintiff has been damaged thereby;

20      2)      Whether Defendant infringes one or more claims of U.S. Patent No. 6,472,992 ("the

21              '992 patent"), and whether and to what degree Plaintiff has been damaged thereby;

22      3)      Whether the '347 patent is invalid for failure to meet statutory standards of

23              patentability; and

24      4)      Whether the '992 patent is invalid for failure to meet statutory standards of

25              patentability.

26      The Parties propose the following discovery limitations: (1) 50 interrogatories per party;

27  (2) 50 requests for admission per party; (3) 10 depositions per party (not including expert depositions

28

- 2 -

1  under Rule 26(b)(4)(A)); and (4) as many requests for documents and things as may be needed by

2  either party.

3       The Parties have agreed that all documents and things will be produced electronically in a

4  format to be agreed upon by the parties.  The Parties further agree that metadata will not be exchanged

5  in conjunction with the production of documents in this matter.

6       The Parties also have agreed to the terms of a proposed protective order.  The Parties' proposed

7  protective order was submitted jointly to the Court on August 18, 2008, under the caption "Joint

8  Motion for Entry of Protective Order" (Docket No. 10).

9       The Parties believe that no live testimony will be necessary at the Claim Construction Hearing,

10 but the Parties propose that an expert for each Party present a 60 - 90 minute objective technology

11 tutorial to the Court prior to the Court hearing argument from the Parties.  Under this approach,

12 Plaintiff's expert would first present a tutorial, followed immediately by a tutorial presentation by

13 Defendant's expert.  The Parties do not anticipate needing discovery specifically relating to claim

14 construction beyond the discovery conducted for the case as a whole.  The Parties propose that, at the

15 Claim Construction Hearing, Plaintiff present all of its claim construction positions immediately

16 followed by Defendant presenting all of its claim construction positions.

17 DATED:  August 18, 2008                    TOWNSEND AND TOWNSEND AND CREW LLP

18                                             s/ Kristopher L. Reed

19                                            David E. Sipiora
                                             Kristopher L. Reed
20                                            Attorneys for Plaintiff Pulse Engineering, Inc.
                                             Email: desipiora@townsend.com
21                                            Email: klreed@townsend.com

22

23                                            CESARI AND MCKENNA LLP

24                                             s/ Martin J. O'Donnell

25                                            Martin J. O'Donnell
                                             Attorney for Defendant Mascon, Inc.
26                                            Email: mod@c-m.com

27

28

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that a copy of **JOINT CASE MANAGEMENT STATEMENT** was served on the following parties by CM/ECF:

Martin J. O'Donnell
Cesari and McKenna LLP
88 Black Falcon Avenue
Boston, MA 02210

Thomas W. Ferrell
Higgs, Fletcher & Mack LLP
401 West "A" Street
Suite 2600
San Diego, CA 92101

Nelson P. Lovins
Lovins & Metcalf
10 Cedar Street
Woburn, MA 01801

Attorneys for Defendant.

Dated: August 18, 2008

s/ Kristopher L. Reed

- 4 -