cal_____

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PULSE ENGINEERING, INC., a Delaware corporation,<br><br>          Plaintiff,<br>v.<br><br>MASCON, INC., a Massachusetts corporation dba ATW SECURITY,<br><br>          Defendants.<br>AND ALL RELATED COUNTER-CLAIMS. | Civil No. 08cv0595 JM (AJB)<br><br>ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE |

On August 25, 2008, the Court convened an Early Neutral Evaluation Conference in the above entitled action. Appearing were Kris Reed, Esq., David Sipiora, Esq. and Michael Gilmartin on behalf of plaintiff; Martin O'Donnell, Esq., Tom Ferrell, Esq. and Linda Rizzo on behalf of defendant.

The case did not settle at the conference. The parties have had their Rule 26(f) conference and have completed initial disclosures. Plaintiff will be supplementing theirs to specifically name witnesses.

Working with counsel, a schedule was created taking the case through the claims construction hearing. That schedule will be issued separately.

///

///

///

1 | The Court will hold a telephonic Case Management Conference on ***March 16, 2009 at 9:30 a.m.***
2 | to set the final dates, including the discovery cut off, the expert proceedings, the final pretrial conference
3 | and a Mandatory Settlement Conference. Counsel for plaintiff shall initiate the conference call.
4 | IT IS SO ORDERED.

6 | DATED: August 26, 2008

*[signature]*
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court