cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PULSE ENGINEERING, INC., a Delaware corporation, </br></br> Plaintiff, </br></br> v. </br></br> MASCON, INC., a Massachusetts corporation dba ATW SECURITY, </br></br> Defendants. </br>_____ </br> AND ALL RELATED COUNTER-CLAIMS. | Civil No. 08cv0595 JM (AJB) </br></br> **ORDER SETTING BRIEFING SCHEDULE** |

On October 24, 2008, Defendant's filed an *ex parte* application to modify the claims construction scheduling order. The parties disagree on the length of the continuance. Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file an opposition to the *ex parte* application no later than **October 28, 2008.**

IT IS SO ORDERED.

DATED: October 24, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court