cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PULSE ENGINEERING, INC., a Delaware corporation,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>MASCON, INC., a Massachusetts corporation dba ATW SECURITY,<br><br>　　　　　　　　Defendants.<br>AND ALL RELATED COUNTER-CLAIMS. | Civil No. 08cv0595 JM (AJB)<br><br>**ORDER DENYING DEFENDANT MASCON'S *EX PARTE* APPLICATION TO MODIFY THE CLAIMS CONSTRUCTION SCHEDULING ORDER**<br><br>[Doc. No. 16.] |

On October 24, 2008, Defendant Mascon, Inc. filed an ex parte application to modify the claims construction scheduling order filed on August 27, 2008. On October 28, 2008, Plaintiff Pulse Engineering, Inc. filed an opposition. After a review of the papers, the Court does not find good cause to modify the scheduling order. However, the Court will grant Defendant a one week extension until **November 5, 2008** to file its Preliminary Invalidity Contentions. All other dates in the Claims Construction Scheduling Order filed on August 27, 2008 shall remain unchanged.

IT IS SO ORDERED.

DATED: October 28, 2008

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Anthony J. Battaglia
　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　United States District Court