cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PULSE ENGINEERING, INC., a Delaware corporation,<br><br>            Plaintiff,<br>v.<br><br>MASCON, INC., a Massachusetts corporation dba ATW SECURITY,<br><br>            Defendants.<br><br>AND ALL RELATED COUNTER-CLAIMS. | Civil No. 08cv0595 JM (AJB)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND CLAIM CONSTRUCTION DISCOVERY DEADLINE**<br><br>[Doc. No. 27.] |

On joint application of the parties and for good cause shown, the deadline for the completion of claim construction discovery, as set forth in Section 8 of the Court's Claims Construction Scheduling Order dated August 26, 2008 (Docket No. 14) is extended from January 16, 2009 to and including January 21, 2009.

IT IS SO ORDERED.

DATED: January 12, 2009

                                                          _____
                                                          Hon. Anthony J. Battaglia
                                                          U.S. Magistrate Judge
                                                          United States District Court