cal\_\_\_\_\_

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PULSE ENGINEERING, INC., a Delaware corporation,<br><br>                Plaintiff,<br>v.<br><br>MASCON, INC., a Massachusetts corporation dba ATW SECURITY,<br><br>                Defendants.<br>AND ALL RELATED COUNTER-CLAIMS. | Civil No. 08cv0595 JM (AJB)<br><br>ORDER GRANTING EX PARTE MOTION TO CONTINUE THE CASE MANAGEMENT CONFERENCE |

By stipulation of the parties and for good cause shown, the telephonic Case Management Conference currently scheduled for March 16, 2009 at 9:30 a.m. is continued to ***March 24, 2009 at 9:30 a.m.***

IT IS SO ORDERED.

DATED: March 11, 2009

                                                                          */s/ Battaglia*
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court