cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PULSE ENGINEERING, INC., a Delaware corporation, | Civil No. 08cv0595 JM (AJB) |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO EXTEND RULE 26(a)(2)(B) EXPERT WITNESS WRITTEN REPORT EXCHANGE DATE** |
| v. | |
| MASCON, INC., a Massachusetts corporation dba ATW SECURITY, | |
| Defendants. | [Doc. No. 52.] |
| AND ALL RELATED COUNTER-CLAIMS. | |

On the joint request of the parties and for good cause shown, the deadline to comply with the provisions of Federal Rule of Civil Procedure 26(a)(2)(B) is extended from May 30, 2009 to **June 8, 2009**.

IT IS SO ORDERED.

DATED:  May 27, 2009

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court