cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PULSE ENGINEERING, INC., a Delaware corporation,<br><br>        Plaintiff,<br>v.<br><br>MASCON, INC., a Massachusetts corporation dba ATW SECURITY,<br><br>        Defendants.<br>AND ALL RELATED COUNTER-CLAIMS. | Civil No. 08cv0595 JM (AJB)<br><br>ORDER GRANTING JOINT MOTION TO EXTEND THE DISCOVERY PERIOD AND THE DEADLINE TO FILE PRETRIAL MOTIONS<br>[Doc. No. 56] |

    On the joint request of the parties and for good cause shown, the discovery period is extended from July 17, 2009 to August 28, 2009, for the purpose of taking the depositions of John Chen, John Houston, Creighton Hoffman, and Dr. Edward Leamer only. The deadline for filing all pretrial motions is extended from August 21, 2009 to September 11, 2009.

    IT IS SO ORDERED.

DATED: July 24, 2009

                                            Hon. Anthony J. Battaglia<br>                                            U.S. Magistrate Judge<br>                                            United States District Court