cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PULSE ENGINEERING, INC., a Delaware corporation,<br><br>             Plaintiff,<br>v.<br><br>MASCON, INC., a Massachusetts corporation dba ATW SECURITY,<br><br>             Defendants.<br>_____<br>AND ALL RELATED COUNTER-CLAIMS. | Civil No. 08cv0595 (AJB)<br><br>ORDER FOLLOWING SETTLEMENT DISPOSITION CONFERENCE |

On December 2, 2009, the Court convened a Settlement Disposition Conference in the above entitled action. Appearing were Kristopher Reed, Esq. on behalf of plaintiff and Martin O'Donnell, Esq. on behalf of defendant.

Counsel report that the settlement execution is well underway and it is expected that a dismissal will be filed shortly. Counsel will advise the Court as to when to distribute the funds being held in the Court's custody.

A telephonic Settlement Disposition Conference is set for ***January 7, 2010 at 9:00 a.m.*** Plaintiff's counsel will initiate the call unless the dismissal has been submitted for entry.

IT IS SO ORDERED.

DATED: December 2, 2009

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court